UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SANDI ANDERSEN d/b/a DHARMA NUTRITION, LLC d/b/a DHARMA HEALING CENTER,<br>　　Plaintiff,<br><br>v.<br><br>VAGARO, INC.,<br>　　Defendant. | C.A. No. 1:21-CV-00282-MSM-LDA |

**JUDGMENT**

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

Judgment is hereby entered pursuant to this Court's Order of May 12, 2022.

It is so ordered.

May 12, 2022　　　　　　　　　　By the Court:

　　　　　　　　　　　　　　　　/s/ Hanorah Tyer-Witek
　　　　　　　　　　　　　　　　Clerk of Court